**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| LAURA LAZAR and MICHAEL ALLEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-03137-SHL-tmp |
| | ) | |
| KENNETH WATSON, TONY | ) | |
| WESTMORELAND, and TCB FOOD | ) | |
| BEVERAGE & ENTERTAINMENT, LLC | ) | |
| d/b/a HERNANDO'S HIDEAWAY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME
TO COMPLETE SERVICE**

Before the Court is Plaintiffs' Second Motion for Extension of Time to Complete Service, filed April 29, 2026.  (ECF No. 9.)  In support of their Motion, Plaintiffs assert that, although they have successfully served Defendant Tony Westmoreland, despite their diligent efforts they have been unsuccessful in their attempts to serve either Kenneth Dale Watson or TCB Food Beverage & Entertainment, LLC ("TCB"), for which Watson is the registered agent.

According to Plaintiffs, they "have made continuous, good-faith efforts to locate and serve Watson, including engaging professional process servers and attempting service at multiple known addresses associated with him," and have "replaced their original process server and retained a new professional process server, who has continued active efforts to locate Watson and effect service."  (Id. at PageID 33.)  Plaintiffs' new process server anticipates that service will be completed on Watson and TCB by May 14, and asks for an extension until May 20 in which to effectuate service.

Federal Rules of Civil Procedure provides that "if the plaintiff shows good cause for the failure" to timely serve a defendant, "the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Finding good cause, Plaintiffs' Motion is **GRANTED**. Plaintiffs have until May 20, 2026, to serve Defendants Watson and TCB. Plaintiffs' first motion to extend time is **DENIED AS MOOT**.

**IT IS SO ORDERED,** this 4th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2