**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LAURA LAZAR and MICHAEL ALLEN,<br>Plaintiff,<br><br>v.<br><br>KENNETH WATSON, TONY WESTMORELAND, and TCB FOOD BEVERAGE & ENTERTAINMENT, LLC,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-3137-SHL-tmp |

**ORDER GRANTING UNOPPOSED MOTION TO CORRECT NOTICES OF APPEARANCE AND ATTORNEY PARTY ASSOCIATIONS**

Before the Court is Defendant and Cross-Defendant Tony Westmoreland's Unopposed Motion to Correct Notices of Appearance and Attorney Party Associations, filed October 13, 2026. (ECF No. 25.) The Motion seeks to clarify several elements of the docket that Westmoreland's counsel rendered convoluted through previous filings.

On September 2, 2026, the Court entered an Order Denying Motions to Strike Appearance without Prejudice, noting that "a few odd filings were docketed in this case by Defendant Kenneth Watson's attorney James W. Cobb." (ECF No. 23 at PageID 72.) The Court invited counsel to refile the motions in a way that stated their request clearly and complied with the Local Rules. (Id.) The present motion seeks to do that.

The Motion clarifies that Cobb was not, in fact, Watson's attorney, and his previously filed notice of appearance on behalf of all Defendants in this matter was filed erroneously. Instead, he intended to appear solely for Westmoreland. Bryant Kroll had also previously appeared on behalf of Westmoreland. Watson, meanwhile, is represented by Richard J. Myers.

Neither Cobb nor Kroll ever represented anybody other than Westmoreland in this matter, despite what the docket might reflect.

The Motion is **GRANTED**, insofar as the Clerk shall reflect that Cobb is counsel solely for Westmoreland in his capacity as Defendant and Cross-Defendant. Kroll shall also remain as counsel for Westmoreland in both capacities. Neither Cobb nor Kroll represents any other Party in this matter. Cobb's notices of appearance filed on behalf of the other Parties in this matter are rendered superseded by this Order.

**IT IS SO ORDERED,** this 30th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE